IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LELAND MCRAE, | § | |
| *Plaintiff,* | § | SA-19-CV-00945-DAE |
| vs. | § | |
| AMERICAN PROTECTIONS PLANS LLC, JOHN AND/OR JANE DOES, DANIEL SOLANO, POALA LAWSON, JOHN GREER, LENNY SCHWARTZ, MIKE SHEA, STANLEY LOSEILLE, ALFREDO DEFFAUT, JASON ZOBLER, SCOTT KENNEDY, JOHN GREER, MATHEY PERRY, SALES TRAINEE 02, JANE DOE, | § | |
| *Defendants.* | § | |

## ORDER CONTINUING HEARING

Before the Court in the above-styled cause of action is Plaintiff's Second Motion to Compel Discovery [#40], which was referred to the undersigned for disposition and set for a hearing on March 5, 2020 at 10:00 a.m. On this day, the District Court referred to the undersigned the parties' Agreed Motion to Continue Hearing [#43], by which the parties ask the Court to continue the hearing until a later date, and Defendant's Unopposed Motion to Appear Telephonically [#42], which asks the Court for permission to appear by phone at the scheduled March 5, 2020 hearing. The Court will grant the motion for continuance and dismiss as moot the motion to appear telephonically.

**IT IS THEREFORE ORDERED** that the parties' Agreed Motion to Continue Hearing [#43] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Unopposed Motion to Appear Telephonically [#42] is **DISMISSED AS MOOT**.

1

**IT IS FURTHER ORDERED** that the hearing set for 10:00 a.m. on March 5, 2020 is **CANCELED**.

**IT IS FURTHER ORDERED** that Plaintiff's Second Motion to Compel Discovery [#40] is set for a hearing at **1:30 p.m.** on **April 7, 2020** in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206.

**IT IS FURTHER ORDERED** that the parties confer about the issues raised in Plaintiff's motion and **file a joint advisory via CM/ECF no later than April 6, 2020** that indicates which issues, if any, remain in dispute after their conference. For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.

**IT IS SO ORDERED.**

SIGNED this 4th day of March, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE