IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LELAND MCRAE, | § § § | |
| *Plaintiff,* | § § § | SA-19-CV-00945-DAE |
| vs. | § § § | |
| AMERICAN PROTECTIONS PLANS LLC, JOHN AND/OR JANE DOES, DANIEL SOLANO, POALA LAWSON, JOHN GREER, LENNY SCHWARTZ, MIKE SHEA, STANLEY LOSEILLE, ALFREDO DEFFAUT, JASON ZOBLER, SCOTT KENNEDY, JOHN GREER, MATHEY PERRY, SALES TRAINEE 02, JANE DOE, | § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER REQUIRING TELEPHONIC APPEARANCE

Before the Court is the above-styled and numbered cause of action, in which there is a hearing set for 1:30 p.m. on April 7, 2020. Due to concerns over the spread of COVID-19, the Court will require all court settings to be conducted telephonically for the next 45 days.

**IT IS THEREFORE ORDERED** that counsel must appear by phone for the scheduled hearing. Counsel should contact Valeria Sandoval, Courtroom Deputy, at chestney_chambers@txwd.uscourts.gov, for call-in instructions **at least 24 hours in advance of the conference.** The use of speaker phones is prohibited during a telephonic appearance.

SIGNED this 13th day of March, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE