IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LELAND MCRAE, | § § § | |
| *Plaintiff,* | § § § | SA-19-CV-00945-DAE |
| vs. | § § § | |
| AMERICAN PROTECTIONS PLANS LLC, JOHN AND/OR JANE DOES, DANIEL SOLANO, POALA LAWSON, JOHN GREER, LENNY SCHWARTZ, MIKE SHEA, STANLEY LOSEILLE, ALFREDO DEFFAUT, JASON ZOBLER, SCOTT KENNEDY, JOHN GREER, MATHEY PERRY, SALES TRAINEE 02, JANE DOE, | § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER RESCHEDULING TELEPHONIC HEARING

Before the Court is the above-styled and numbered cause of action, in which there is a telephonic hearing set for 1:30 p.m. on April 7, 2020. Due to the COVID-19 Pandemic, the Court is consolidating its civil settings and will therefore reschedule this telephonic hearing for April 10, 2020 at 10:30 a.m. The Court will also add the two recently filed discovery motions to the April 10 hearing.

**IT IS THEREFORE ORDERED** that Plaintiff's Second Motion to Compel Discovery [#40], Plaintiff's Third Motion to Compel Discovery [#56], and Plaintiff's Opposed Motion for Issuance of Subpoena [#58] are set for a telephonic hearing at **10:30 a.m.** on **April 10, 2020**.

As previously ordered, the parties must appear by phone for the conference and are directed to contact Valeria Sandoval, Courtroom Deputy, at chestney_chambers@txwd.uscourts.gov to obtain call-in instructions **at least 24 hours in**

1

**advance of the conference**.  The use of speaker phones is prohibited during a telephonic appearance.

**IT IS SO ORDERED.**

SIGNED this 27th day of March, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE