IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LELAND MCRAE, | § § § | |
| *Plaintiff,* | § § § | SA-19-CV-00945-DAE |
| vs. | § § § § | |
| AMERICAN PROTECTIONS PLANS LLC, JOHN AND/OR JANE DOES, DANIEL SOLANO, POALA LAWSON, JOHN GREER, LENNY SCHWARTZ, MIKE SHEA, STANLEY LOSEILLE, ALFREDO DEFFAUT, JASON ZOBLER, SCOTT KENNEDY, JOHN GREER, MATHEY PERRY, SALES TRAINEE 02, JANE DOE, | § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled and numbered cause of action is Plaintiff's Amended Opposed Motion for Issuance of Subpoenas [#60]. For clarification, the Court will hear this amended motion at the scheduled telephonic hearing on April 10, 2020 at 10:30 a.m., along with Plaintiff's other discovery motions [#40, #56].

**IT IS THEREFORE ORDERED** that Plaintiff's Amended Opposed Motion for Issuance of Subpoenas [#60] is set for a telephonic hearing at **10:30 a.m.** on **April 10, 2020**.

SIGNED this 30th day of March, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE