IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LELAND MCRAE, | § § § | |
| *Plaintiff,* | § § | SA-19-CV-00945-DAE |
| vs. | § § § | |
| AMERICAN PROTECTIONS PLANS LLC, JOHN AND/OR JANE DOES, DANIEL SOLANO, POALA LAWSON, JOHN GREER, LENNY SCHWARTZ, MIKE SHEA, STANLEY LOSEILLE, ALFREDO DEFFAUT, JASON ZOBLER, SCOTT KENNEDY, JOHN GREER, MATHEY PERRY,  SALES TRAINEE 02,  JANE DOE, ALBERTO ZALDIVAR, | § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action are the Motion to Withdraw as Counsel with Supplemental Information, filed by attorneys Linda Molina and Richard Timothy ("Tim") Molina [#115] and the Motion to Substitute Counsel, filed by Plaintiff Leland McRae [#116]. Both motions ask the Court to permit the withdrawal of Plaintiff's attorneys of record so that Plaintiff may proceed *pro se*. As the motions indicate that Plaintiff consents to the withdrawal and intends to represent himself in this action, the Court will grant the motions. The Court notes that Plaintiff is himself a licensed attorney in private practice in the San Antonio, Texas, area.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw as Counsel with Supplemental Information, filed by attorneys Linda Molina and Richard Timothy ("Tim") Molina [#115] and the Motion to Substitute Counsel, filed by Plaintiff Leland McRae [#116] are **GRANTED**.

**IT IS FURTHER ORDERED** that Linda Molina and Richard Timothy Molina are hereby **WITHDRAWN** as counsel of record.

**IT IS FURTHER ORDERED** that Linda Molina and Richard Timothy Molina are directed to prepare a copy of the case file and send it to Plaintiff within **one week** of this Order.

**IT IS FINALLY ORDERED** that the Court direct all future correspondence to Plaintiff at the following address:

> Leland McRae
> Attorney at Law
> 1150 N. Loop 1604 W., Ste 108-461
> San Antonio, TX 78248
> 210-569-0434 (Telephone)
> 210-493-6080 (Fax)
> Email:  leland@lelandmcrae.com

**IT IS SO ORDERED.**

SIGNED this 9th day of March, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE